# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SUZANNE BLOCK and CHARLES JUSTUS, III, Individually and on Behalf of All Others Similarly Situated, | Civ. No. 2:24-cv-10824 <br><br> Hon. Jonathan J.C. Grey |
| Plaintiffs, | |
| vs. | |
| GENERAL MOTORS LLC, ONSTAR LLC, and LEXISNEXIS RISK SOLUTIONS INC., | |
| Defendants. | |

## NOTICE OF JOINT MOTION FOR CONSOLIDATION

Plaintiffs Larry Freed, Darnell McCoy, Suzanne Block, and Charles Justus, III (collectively, "Plaintiffs") provide Notice pursuant to L.R. 42.1 that a Joint Motion for Consolidation has been filed in *Reed, et al. v. General Motors, LLC, et al.*, No. 2:24-cv-10804 (E.D. Mich.), seeking consolidation of *Reed* and this case. For the reasons explained therein, Plaintiffs ask that the Court enter an Order of Consolidation.

Date: April 4, 2024

Respectfully submitted,

**THE MILLER LAW FIRM, P.C.**

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
Emily E. Hughes (P68724)
Dennis A. Lienhardt (P81118)
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com
eeh@millerlawpc.com
dal@millerlawpc.com

Melvin Butch Hollowell (P37834)
Angela L. Baldwin (P81565)
211 W. Fort St., Suite 705
Detroit, MI 48226
Tel: (248) 841-2200
mbh@millerlawpc.com
alb@millerlawpc.com

*Counsel for All Plaintiffs*

Sabita J. Soneji
Hassan Zavareei
Cort Carlson

- 1 -

**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 254-6808
Hzavareei@tzlegal.com
ssoneji@tzlegal.com
ccarlson@tzlegal.com

Jeff Ostrow
Steven Sukert
**KOPELOWITZ OSTROW P.A.**
One West Law Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kolawyers.com
sukert@kolawyers.com

Gary Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

Frank Hedin
**HEDIN LLP**
1395 Brickell Ave., Suite 1140
Miami, FL 33131
Tel: (305) 357-2107
fhedin@hedinllp.com

*Counsel for Plaintiffs Larry Reed and Darnell McCoy*

Stuart A. Davidson
Alexander C. Cohen
Facundo M. Scialpi
**ROBBINS GELLER RUDMAN & DOWN LLP**

- 3 -

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Tel: (561) 750-3000
sdavidson@rgrdlaw.com
acohen@rgrdlaw.com
fscialpi@rgrdlaw.com

Marc A. Wites
**WITES & ROGERS, P.A.**
4400 North Federal Highway
Lighthouse Point, FL  33064
Telephone:  561/ 944-3437
mwites@witeslaw.com

*Counsel for Plaintiffs Suzanne Block and Charles Justus, III*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2024, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com

- 4 -