# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SUZANNE BLOCK and CHARLES JUSTUS, III, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS LLC, ONSTAR LLC, and LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendants. | Civ. No. 2:24-cv-10824<br><br>Hon. Jonathan J.C. Grey |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT LEXISNEXIS RISK SOLUTIONS INC. ONLY

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Suzanne Block dismisses her claims against Defendant LexisNexis Risk Solutions Inc. only without prejudice.

Date: December 12, 2024

Respectfully submitted,

*/s/ Emily E. Hughes*
E. Powell Miller (P39487)
Emily E. Hughes (P68724)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com
eeh@millerlawpc.com

Stuart A. Davidson
Alexander C. Cohen
Facundo M. Scialpi
**ROBBINS GELLER RUDMAN & DOWN LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Tel: (561) 750-3000
sdavidson@rgrdlaw.com
acohen@rgrdlaw.com
fscialpi@rgrdlaw.com

Marc A. Wites
**WITES & ROGERS, P.A.**
4400 North Federal Highway
Lighthouse Point, FL  33064
Telephone:  561/ 944-3437
mwites@witeslaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2024, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                                */s/ Emily E. Hughes*
                                                Emily E. Hughes (P68724)
                                                **THE MILLER LAW FIRM, P.C.**
                                                950 W. University Dr., Ste. 300
                                                Rochester, MI 48307
                                                Tel: (248) 841-2200
                                                eeh@millerlawpc.com